**Order entered May 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01661-CR

**JULIO CESAR VILLALBA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58991-Q**

## ORDER

The Court **REINSTATES** the appeal.

On May 9, 2014, we ordered the trial court to make findings of fact regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel requested preparation of the record on November 25, 2013; (4) Marissa Garza, official court reporter, explained the delay in filing the reporter's record was due to her workload; and (5) both the reporter's record and the clerk's record can be filed by June 2, 2014.

We **ORDER** Marissa Garza, official court reporter of the 204th Judicial District Court, to file the reporter's record by **JUNE 2, 2014**.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **JUNE 2, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marissa Garza, official court reporter, 204th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.


/s/  LANA MYERS
   JUSTICE